**SUBWAY**

DOCTOR'S ASSOCIATES INC. • 325 Bic Drive • Milford • CT 06460-3059 • (203) 877-4281

November 17, 2006

Jesal Desai
SUBWAY® STORE#15953
595 Bloomfield Avenue
Bloomfield, NJ 07003

VIA Federal Express

7068 3559 7404

17NOV06

RE: Notice of Default of Franchise agreement between Doctor's Associates Inc. and Jesal Desai dated May 3, 2006
PREMISES: STORE#15953 – 595 Bloomfield Avenue, Bloomfield, NJ 07003

Dear Madam:

This notice is to advise you that pursuant to Paragraph 8.a of the Franchise Agreement, you are in default of the above-referenced Franchise Agreement, dated May 3, 2006, because you have failed to comply with Paragraph 2 and Paragraph 5 i.

In Paragraph 2 you agreed to pay to the Company, weekly, a Royalty equal to eight percent (8%) of the gross sales for the sandwich shop which you operate throughout the term of your Agreement. 'Gross sales' means all sales or revenues derived from your location exclusive of sales taxes.

In Paragraph 5 i. you agreed to pay into the Subway Franchisee Advertising Fund Trust. You also agree to be bound by a vote at any time by a two-thirds vote of the total existing franchisees (on the basis of one vote for each operating sandwich shop) to temporarily increase the percentage to allow for additional local advertising.

You have failed to make timely payments of monies due to Doctor's Associates Inc. as of November 17, 2006, in the following amounts:

|  |  |
|---|---|
| ROYALTIES: | $961.42 |
| ADVERTISING: | $826.24 |
| TOTAL | $1,787.66 |

You may cure the default by paying the monies specified in certified funds or official bank check prior to the tenth (10th) day after your receipt of this notice. Acceptance by Doctor's Associates Inc. of partial payments is not a waiver of this default. Please note that even if you pay the amount set forth above, if you continue to have a delinquent balance you will remain in default as long as the delinquent balance remains owing to the company. Partial payments are applied as received, but do not cure the default until all monies owed to the company and its affiliates are paid in full. **In any event, if the default is not cured by the 10th day after receipt of this notice, your Franchise Agreement will terminate at that time.**

If you do not cure these defaults, you will be responsible for all costs of collection and attorney's fees as set forth in the Franchise Agreement

This notice of default of your Franchise Agreement is separate and apart from any other notices of termination or default, which may exist for any other reason. Please note that I am the only person authorized by Doctor's Associates Inc. to enter into any arrangements regarding this indebtedness. You may contact me at 1-800-888-4848 extension 1866.

Very truly yours,

Andrea E. Braccio
Collection Representative
cc:     Tricia Lee                     Yogesh Dave

## Andrea Braccio

From:     TrackingUpdates@fedex.com
Sent:     Monday, November 20, 2006 1:22 PM
To:       braccio_a@subway.com
Subject:  FedEx Shipment 706835697404 Delivered

---

This tracking update has been requested by:

Company Name: DOCTORS ASSOCIATES INC

Name:  FRAN PIOTROWSKI/COLLECTION DEPT

E-mail:  'not provided by requestor'

---

Our records indicate that the following shipment has been delivered:

Tracking number:            706835697404
Reference:                  coll361/aeb/15953
Ship (P/U) date:            Nov 17, 2006
Delivery date:              Nov 20, 2006 13:16 PM
Sign for by:                M.DASS
Delivered to:               Receptionist/Front Desk
Service type:               FedEx 2Day
 ckaging type:              FedEx Envelope
 ber of pieces:             1
Weight:                     0.5 LB

Shipper Information               Recipient Information
FRAN PIOTROWSKI/COLLECTION DEPT   jesal desai
DOCTORS ASSOCIATES INC            subway
325 BIC DRIVE                     595 bloomfield avenue
MILFORD                          BLOOMFIELD
CT                               NJ
US                               US
06460                            07003

Special handling/Services:
Deliver Weekday
Direct Signature Required

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:21 PM  CST
on 11/20/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
   uestor and does not validate, guarantee or warrant the authenticity of  the
   quest, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

DOCTOR'S ASSOCIATES INC. • 325 Bic Drive • Milford • CT 06460-3059 • (203) 877-4281

February 26, 2007

Jesal H. Desai                                                    VIA Federal Express
SUBWAY® Store # 27800
49 Claremont Avenue                                              7068 3570 5704
Montclair, NJ 07042
                                                                26FEB07

RE: Notice of Default of Franchise agreement between Doctor's Associates Inc. and Jesal H .Desai dated June 27, 2002
PREMISES: STORE # 27800 – 49 Claremont Avenue, Montclair, NJ 07042

Dear Madam:

This notice is to advise you that pursuant to Paragraph 8.a of the Franchise Agreement, you are in default of the above-referenced Franchise Agreement, dated June 27, 2002, because you have failed to comply with Paragraph 2 and Paragraph 5 i.

In Paragraph 2 you agreed to pay to the Company, weekly, a Royalty equal to eight percent (8%) of the gross sales for the sandwich shop which you operate throughout the term of your Agreement. 'Gross sales' means all sales or revenues derived from your location exclusive of sales taxes.

In Paragraph 5 i. you agreed to pay into the Subway Franchisee Advertising Fund Trust. You also agree to be bound by a vote at any time by a two-thirds vote of the total existing franchisees (on the basis of one vote for each operating sandwich shop) to temporarily increase the percentage to allow for additional local advertising.

You have failed to make timely payments of monies due to Doctor's Associates Inc. as of February 26, 2007, in the following amounts:

|                | ADVERTISING: | $2,314.99 |
|                | TOTAL        | $2,314.99 |

You may cure the default by paying the monies specified in certified funds or official bank check prior to the tenth (10th) day after your receipt of this notice. Acceptance by Doctor's Associates Inc. of partial payments is not a waiver of this default. Please note that even if you pay the amount set forth above, if you continue to have a delinquent balance you will remain in default as long as the delinquent balance remains owing to the company. Partial payments are applied as received, but do not cure the default until all monies owed to the company and its affiliates are paid in full. **In any event, if the default is not cured by the 10th day after receipt of this notice, your Franchise Agreement will terminate at that time.**

If you do not cure these defaults, you will be responsible for all costs of collection and attorney's fees as set forth in the Franchise Agreement

This notice of default of your Franchise Agreement is separate and apart from any other notices of termination or default, which may exist for any other reason. Please note that I am the only person authorized by Doctor's Associates Inc. to enter into any arrangements regarding this indebtedness. You may contact me at 1-800-888-4848 extension 1866.

Very truly yours,

*Andrea E. Braccio*
Andrea E. Braccio
Collection Representative

Cc:  Tricia Lee                              Yogesh Dave

## Andrea Braccio

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, February 27, 2007 11:31 AM
**To:** braccio_a@subway.com
**Subject:** FedEx Shipment 706835705704 Delivered

This tracking update has been requested by:

Company Name: DOCTORS ASSOCIATES INC

Name:  FRAN PIOTROWSKI/COLLECTION DEPT

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 706835705704 |
| Reference: | coll361/aeb/27800 |
| Ship (P/U) date: | Feb 26, 2007 |
| Delivery date: | Feb 27, 2007 10:54 AM |
| Sign for by: | V.DESAI |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

Shipper Information
FRAN PIOTROWSKI/COLLECTION DEPT
DOCTORS ASSOCIATES INC
325 BIC DRIVE
MILFORD
CT
US
06460

Recipient Information
JESAL DESAI
SUBWAY
49 CLAREMONT AVENUE
MONTCLAIR
NJ
US
07042

Special handling/Services:
Deliver Weekday
Direct Signature Required

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:59 AM  CST
on 02/27/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

2/27/2007

DOCTOR'S ASSOCIATES INC. • 325 Bic Drive • Milford • CT 06460-3059 • (203) 877-4281

November 24, 2006

Jesal H. Desai
SUBWAY® STORE# 29895
6901 Bergenline Avenue
Guttenberg, NJ 07093

VIA Federal Express

7068 3569 7893

24NOV06

RE: Notice of Default of Franchise agreement between Doctor's Associates Inc. and Jesal H. Desai  dated
November 20, 2002
PREMISES: STORE# 29895 – 6901 Bergenline Avenue, Guttenberg, NJ  07093

Dear Sir:

This notice is to advise you that pursuant to Paragraph 8.a of the Franchise Agreement, you are in default of the above-referenced Franchise Agreement, dated November 20, 2002, because you have failed to comply with Paragraph 2 and Paragraph 5 i.

In Paragraph 2 you agreed to pay to the Company, weekly, a Royalty equal to eight percent (8%) of the gross sales for the sandwich shop which you operate throughout the term of your Agreement. 'Gross sales' means all sales or revenues derived from your location exclusive of sales taxes.

In Paragraph 5 i. you agreed to pay into the Subway Franchisee Advertising Fund Trust.  You also agree to be bound by a vote at any time by a two-thirds vote of the total existing franchisees (on the basis of one vote for each operating sandwich shop) to temporarily increase the percentage to allow for additional local advertising.

You have failed to make timely payments of monies due to Doctor's Associates Inc. as of  November 24, 2006, in the following amounts:

|  |  |
| --- | --- |
| ROYALTIES: | $1,215.07 |
| ADVERTISING: | $ 560.99 |
| TOTAL | $1,776.06 |

You may cure the default by paying the monies specified in certified funds or official bank check prior to the tenth (10th) day after your receipt of this notice.  Acceptance by Doctor's Associates Inc. of partial payments is not a waiver of this default.  Please note that even if you pay the amount set forth above, if you continue to have a delinquent balance you will remain in default as long as the delinquent balance remains owing to the company.  Partial payments are applied as received, but do not cure the default until all monies owed to the company and its affiliates are paid in full.  **In any event, if the default is not cured by the 10th day after receipt of this notice, your Franchise Agreement will terminate at that time.**

If you do not cure these defaults, you will be responsible for all costs of collection and attorney's fees as set forth in the Franchise Agreement

This notice of default of your Franchise Agreement is separate and apart from any other notices of termination or default, which may exist for any other reason.  Please note that I am the only person authorized by Doctor's Associates Inc. to enter into any arrangements regarding this indebtedness.  You may contact me at 1-800-888-4848 extension 1866.

Very truly yours,

Andrea E. Braccio
Collection Representative
cc:      Tricia Lee                    Yogesh Dave

# Andrea Braccio

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, November 27, 2006 2:28 PM
**To:** braccio_a@subway.com
**Subject:** FedEx Shipment 706835697893 Delivered

---

This tracking update has been requested by:

Company Name: DOCTORS ASSOCIATES INC

Name:  FRAN PIOTROWSKI/COLLECTION DEPT

E-mail:  'not provided by requestor'

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 706835697893 |
| Reference: | COLL361/AEB/29895 |
| Ship (P/U) date: | Nov 24, 2006 |
| Delivery date: | Nov 27, 2006 14:04 PM |
| Sign for by: | A. AUSUAN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx 2Day |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.5 LB |

Shipper Information
FRAN PIOTROWSKI/COLLECTION DEPT
DOCTORS ASSOCIATES INC
325 BIC DRIVE
MILFORD
CT
US
06460

Recipient Information
JESAL H. DESAI
SUBWAY
6901 BERGENLINE AVENUE
GUTTENBERG
NJ
US
07093

Special handling/Services:
Deliver Weekday
Direct Signature Required

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 1:27 PM  CST
on 11/27/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

**SUBWAY**

DOCTOR'S ASSOCIATES INC. • 325 Bic Drive • Milford • CT 06460-3059 • (203) 877-4281

April 5, 2007

Jesal Desai                                          VIA Federal Express
SUBWAY® STORE # 40217
121 Bloomfield Avenue                                7068 3570 9283
Bloomfield, NJ 07003
                                                     05APR07

RE: Notice of Default of Franchise agreement between Doctor's Associates Inc. and Jesal Desai dated May 18, 2006
PREMISES: STORE # 40217- 121 Bloomfield Avenue, Bloomfield, NJ 07003

Dear Madam:

This notice is to advise you that pursuant to Paragraph 8.a of the Franchise Agreement, you are in default of the above-referenced Franchise Agreement, dated May 18, 2006, because you have failed to comply with Paragraph 2 and Paragraph 5 i.

In Paragraph 2 you agreed to pay to the Company, weekly, a Royalty equal to eight percent (8%) of the gross sales for the sandwich shop which you operate throughout the term of your Agreement. 'Gross sales' means all sales or revenues derived from your location exclusive of sales taxes.

In Paragraph 5 i. you agreed to pay into the Subway Franchisee Advertising Fund Trust. You also agree to be bound by a vote at any time by a two-thirds vote of the total existing franchisees (on the basis of one vote for each operating sandwich shop) to temporarily increase the percentage to allow for additional local advertising.

You have failed to make timely payments of monies due to Doctor's Associates Inc. as of April 5, 2007, in the following amounts:

|  |  |
|---|---|
| ROYALTIES: | $2,271.94 |
| TOTAL | $2,271.94 |

You may cure the default by paying the monies specified in certified funds or official bank check prior to the tenth (10th) day after your receipt of this notice. Acceptance by Doctor's Associates Inc. of partial payments is not a waiver of this default. Please note that even if you pay the amount set forth above, if you continue to have a delinquent balance you will remain in default as long as the delinquent balance remains owing to the company. Partial payments are applied as received, but do not cure the default until all monies owed to the company and its affiliates are paid in full. **In any event, if the default is not cured by the 10th day after receipt of this notice, your Franchise Agreement will terminate at that time.**

If you do not cure these defaults, you will be responsible for all costs of collection and attorney's fees as set forth in the Franchise Agreement

This notice of default of your Franchise Agreement is separate and apart from any other notices of termination or default, which may exist for any other reason. Please note that I am the only person authorized by Doctor's Associates Inc. to enter into any arrangements regarding this indebtedness: You may contact me at 1-800-888-4848 extension 1866..

Very truly yours,

Andrea E. Braccio
Collection Representative

Cc:  Tricia Lee                          Yogesh Dave

**FedEx**

US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 706835709283 | **Reference** | COLL361/AEB/402 | **Wrong Address?** |
| Signed for by | M.CHEFZ | | 17 | Reduce future mistal |
| Ship date | Apr 5, 2007 | | | FedEx Address Chec |
| Delivery date | Apr 6, 2007 4:24 PM | **Destination** | BLOOMFIELD, NJ | |
| | | **Delivered to** | Receptionist/Front Desk | Tracking a FedEx Sr |
| | | **Service type** | FedEx 2Day Envelope | Shipment? |
| | | **Weight** | 0.5 lbs. | Go to shipper login |

**Status**    Delivered

**Signature image**    Yes
**available**

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 6, 2007 | 4:24 PM | Delivered | BLOOMFIELD, NJ | |
| | 8:30 AM | On FedEx vehicle for delivery | MOONACHIE, NJ | |
| | 8:04 AM | Departed FedEx location | NEWARK, NJ | |
| | 7:43 AM | At local FedEx facility | MOONACHIE, NJ | |
| | 6:06 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 3:41 AM | Departed FedEx location | MEMPHIS, TN | |
| Apr 5, 2007 | 11:11 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:50 PM | Left origin | STRATFORD, CT | |
| | 3:26 PM | Picked up | STRATFORD, CT | |
| | 12:55 PM | Package data transmitted to FedEx | | |

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

Your Name: [                    ]    Your E-mail Address: [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English ▾ | ☐ | ☐ |
| [          ] | English ▾ | ☐ | ☐ |
| [          ] | English ▾ | ☐ | ☐ |
| [          ] | English ▾ | ☐ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless



2600 VIRGINIA AVENUE, N.W.
SUITE 1111 – THE WATERGATE
WASHINGTON, DC 20037-1931
MAIN: 202.295.2200
FAX: 202.295.2250

JEFFREY L. KARLIN
DIRECT DIAL: (202) 295.2207
DIRECT FAX: (202) 295.2257
JEFFREY.KARLIN@GPMLAW.COM

July 12, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Jesal Desai
SUBWAY® Store #s 27800 and 29895
6901 Bergenline Drive
Guttenberg, NJ 07093

Re:  Conference Call to Discuss Audits of Store Nos. 27800 and 29895

Dear Ms. Desai:

This law firm represents Doctor's Associates Inc. (DAI) in connection with the audit of your franchises.

By letter dated April 12, 2006, you were notified that DAI intended to conduct an audit of the above-referenced franchises. In connection with that audit, you were asked to complete a series of questionnaires with respect to the operations of these franchises, which were used—along with the sales and purchase records for these locations—by a DAI representative to prepare the audits. Based on these audits, DAI has determined that there has been underreporting of sales at your locations and therefore it is owed a total of **$42,546.05**, inclusive of both stores, in unpaid royalties advertising fees, audit costs, accounting costs, investigation costs, and attorneys' fees. Pursuant to your Franchise Agreement, DAI is also entitled to collect any additional costs it may incur after the date of this letter, including attorneys' fees and costs, based on the non-payment of monies owed to it.

In addition, based on our review of the business records that were produced concerning these locations, additional issues were identified. If not fully explained, these issues corroborate and confirm the results of the audits as to whether all of the Gross Sales have been accurately reported to DAI and whether it has received all of the

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
A FULL-SERVICE LAW FIRM
MINNEAPOLIS, MN • ST. CLOUD, MN • WASHINGTON, DC
WWW.GPMLAW.COM

Jesal Desai
July 12. 2007
Page 2

royalties and advertising fees to which it is entitled under the Franchise Agreement.
These issues, which we would like to discuss with you, include the following:

- High combined cost of goods during 2004 for Store 27800 (40%), and Store No. 29895 (38%);

- High combined cost of goods for the entire review period for both Store No. 27800 and 29895 (38% in 2004 and 35% in 2005); and

- More funds deposited into the business bank account for Store No. 29895 than reported sales in 2004.

- Sales increased at both locations following the Notice of Audit in April 2006, by 33% at Store No. 27800 and by 11% at Store No. 29895.

Also, based on those same records, some issues have been raised with respect to the federal and state tax returns filed in connection with the operation of these locations. Such issues, if they cannot be fully explained, may constitute a breach of the Franchise Agreements because they would be injurious or prejudicial to the goodwill associated with DAI's proprietary marks and would constitute a failure to comply with all applicable laws. These issues include the following:

- More sales reported to DAI than to the taxing authorities in 2005 for both stores.

- Negative amount of personal funds to live on in 2004.

DAI wishes to have a conference call with you to discuss the resolution of these audits. During this call, DAI auditors will be available to respond to your questions about the audits, along with the results of the review of the financial documents discussed above. The discussion will also include an assessment of further steps DAI may take with respect to this matter.

Please feel free to review this letter and the enclosed statement with your attorney and/or your accountant, and to have either or both of them participate in the conference call. We are tentatively scheduling the call for **Friday, August 17, 2007, at 11:00 AM EDT.** You will join the conference call by telephoning (800) 888-4848, ext. 2663, and after reaching the Sonexis ConferenceManager™ system, entering the conference I.D. code "4098 #."

As soon as you receive this letter, contact Tracy Castillo at (202) 295-2205 to confirm or provide alternative times at which you are available.

Jesal Desai
July 12, 2007
Page 3

Nothing contained herein shall be construed as a waiver of any rights that DAI has, including but not limited to the right to terminate your Franchise Agreement and Sublease based on the above defaults.

Sincerely,

Jeffrey L. Karlin

JLK: lc

Enclosures

cc:    Michael Doxsey
       Sonya Gay
       Flora Forella
       Linda Morse
       Dara Solan
       Yogesh Dave

## Dispute Procedures

Should you dispute your findings, you must provide notification, in writing, of your intent to dispute within 30 days of the date on the findings notification letter. Send the dispute to the following address:

Subway World Headquarters
Attention: (Auditor listed on page 1)
325 Bic Drive
Milford, CT 06461

Failure to do so will result in your pre-authorized account being invoiced and the final amount withdrawn.

Once a written dispute is received, you must provide Quantifiable and Verifiable Evidence to support your dispute.

- Examples of quantifiable and verifiable evidence include, but are not limited to:

   i. Documentation of employee theft (police report)
   ii. Documentation of electrical malfunctions (freezer breakdown)
   iii. Documentation of unrecorded donations/employee meals
   iv. Other factors that would modify your findings

All documentation or independent audit reports must be provided to DAI no later than 60 days of the date of this letter (date). Failure to do so will result in DAI filing for arbitration for the full audit amount owed.

## DOCTOR'S ASSOCIATES INC.

Audit  Results  of  Records  Review  For     **Store #**

FRANCHISE OWNER:        Jesal Desai

DEVELOPMENT AGENT:     Yogesh Dave

REVIEW SCOPE: 4/28/03 - 12/27/05

revised

27800

| | |
|---|---|
| Total Sandwich Sales Reported Per WISR | $572,791.63 |
| Coupon Adjustments Per WISR | $70,693.04 |
| Adjusted Net Sandwich Sales | $643,484.67 |
| Meat Usage As Per Invoices and WISR'S Less 5.0 % Waste | $92,561.42 |
| Reported Meat Food Cost Percentage | 14.4% |
| Sales Based On Calculated Meat Cost of  11.6% | $801,176.58 |
| Adjusted Net Sandwich Sales | $643,484.67 |
| Reconstructed Sales Discrepancy | $157,691.90 |
| Percentage Discrepancy For Period Under Review | 24.5% |
| Total Royalty Due DAI | $12,615.35 |
| Interest @ 12 % | $834.30 |
| Total Fees Due FAF | $7,096.14 |
| Interest @ 12 % | $469.29 |
| Audit, Accounting, Investigation and Attorney Fees | $4,250.00 |
| | $25,265.08 |

attachment # 9

7/5/2007

**DOCTOR'S ASSOCIATES INC.**
Audit Results of Records Review For    **Store #**
FRANCHISE OWNER:    Jesal Desai
DEVELOPMENT AGENT:    Yogesh Dave
REVIEW SCOPE: 1/23/04 - 12/27/05

revised
29895

| | |
|---|---|
| Total Sandwich Sales Reported Per WISR | $340,289.02 |
| Coupon Adjustments Per WISR | $34,933.35 |
| Adjusted Net Sandwich Sales | $375,222.37 |
| Meat Usage As Per Invoices and WISR'S Less 5.0 % Waste | $57,448.81 |
| Reported Meat Food Cost Percentage | 15.3% |
| Sales Based On Calculated Meat Cost of 12.2% | $473,003.50 |
| Adjusted Net Sandwich Sales | $375,222.37 |
| Reconstructed Sales Discrepancy | $97,781.13 |
| Percentage Discrepancy For Period Under Review | 26.1% |
| Total Royalty Due DAI | $7,822.49 |
| Interest @ 12 % | $517.33 |
| Total Fees Due FAF | $4,400.15 |
| Interest @ 12 % | $291.00 |
| Audit, Accounting, Investigation and Attorney Fees | $4,250.00 |
| | $17,280.97 |

7/5/2007

attachment #9

Int. Cls.: 29, 30, 32 and 43

Prior U.S. Cls.: 45, 46, 48, 100 and 101

Reg. No. 3,013,320

## United States Patent and Trademark Office

Registered Nov. 8, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# SUBWAY

DOCTOR'S ASSOCIATES INC. (FLORIDA COR
PORATION)
SUITE 207, 3000 N.E. 30TH PLACE
FORT LAUDERDALE, FL 33306

FOR: GARDEN SALADS; VEGETABLE AND
MEAT SALADS; MILK-BASED BEVERAGES CON
SISTING PRIMARILY OF MILK AND FRUIT; PO
TATO CHIPS; COMBINATION MEALS
CONSISTING PRIMARILY OF VEGETABLE AND
MEAT SALADS, A SNACK AND A SOFT DRINK
FOR CONSUMPTION ON OR OFF THE PREMISES,
IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-31-1974; IN COMMERCE 12-31-1974.

FOR: SANDWICHES AND WRAP SANDWICHES;
BAKED GOODS FOR CONSUMPTION ON OR OFF
THE PREMISES; SNACKS NAMELY PRETZELS,
CORN CHIPS, TORTILLA CHIPS, PUFFED CORN
CURLS, POPPED CORN, CAKES, PASTRIES, COOK
IES; DRESSINGS FOR SALADS, SANDWICHES
AND WRAPS, NAMELY, SALAD DRESSINGS USED
ON SALADS, SANDWICHES AND WRAPS; COMBI
NATION MEALS CONSISTING PRIMARILY OF A
SANDWICH, A SNACK AND A SOFT DRINK FOR
CONSUMPTION ON OR OFF THE PREMISES, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-1974; IN COMMERCE 12-31-1974.

FOR: SOFT DRINKS, FRUIT BASED BEVERAGE
CONSISTING PRIMARILY OF FRUIT AND CRU
SHED ICE AND FRUIT JUICE DRINKS CONTAIN
ING WATER, ALL FOR CONSUMPTION ON OR
OFF THE PREMISES, IN CLASS 32 (U.S. CLS. 45, 46
AND 48).

FIRST USE 12-31-1974; IN COMMERCE 12-31-1974.

FOR: RESTAURANT SERVICES; SANDWICH
SHOP SERVICES; CATERING SERVICES; TAKE
OUT FOOD SERVICES, IN CLASS 43 (U.S. CLS. 100
AND 101).

FIRST USE 8-21-1967; IN COMMERCE 8-21-1967.

THE MARK CONSISTS OF STANDARD CHAR
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,174,608, 1,307,341
AND OTHERS.

SER. NO. 78-477,137, FILED 9-1-2004.

MARK SPARACINO, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

**Reg. No. 1,174,608**
Registered Oct. 20, 1981

## SERVICE MARK
### Principal Register

## SUBWAY

Doctor's Associates, Inc. (Connecticut corporation)
3852 Main St.
Bridgeport, Conn. 06606

For: RESTAURANT SERVICES, in CLASS 42 (U.S. Cl. 100).

First use Aug. 21, 1967; in commerce Aug. 21, 1967.

Ser. No. 21,264, filed May 13, 1974.

B. H. Vertiz, Primary Examiner

M. E. Bodson, Examiner

Int. Cls.: 30 and 32

Prior U.S. Cls.: 45 and 46

## United States Patent and Trademark Office

Reg. No. 1,307,341
Registered Nov. 27, 1984

## TRADEMARK
Principal Register

# SUBWAY

Doctor's Associates, Inc. (Connecticut corporation)
25 High St.
Milford, Conn. 06460

For: RELATING TO THE SALE OF FOOD PRODUCTS—NAMELY, SPECIALLY PREPARED SANDWICHES MADE WITH VARIOUS INGREDIENTS—NAMELY, BREAD, HAM, PEPPERONI, BOLOGNA, ROAST BEEF, TURKEY, PASTRAMI, SALAMI, CRAB, SHRIMP, TUNA, SAUSAGE, MEATBALLS, AND CHEESE FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 30 (U.S. Cl. 46).

First use Aug. 1967; in commerce Aug. 1967.

For: SOFT DRINKS, FOR CONSUMPTION ON OR OFF THE PREMISES OR FRUIT JUICE CONTAINING WATER, FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 32 (U.S. Cl. 45).

First use Aug. 1967; in commerce Aug. 1967.
Owner of U.S. Reg. Nos. 1,174,608 and 1,179,567.

Ser. No. 441,455, filed Aug. 29, 1983.

RICHARD A. STRASER, Examining Attorney

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,524,986
Registered Feb. 14, 1989

### SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES, INC. (CONNECTI-
CUT CORPORATION)
25 HIGH STREET
MILFORD, CT 06460

FOR: RESTAURANT SERVICES, IN CLASS
42 (U.S. CL. 100).

FIRST USE 8-0-1967; IN COMMERCE
8-0-1967.
OWNER OF U.S. REG. NOS. 1,174,608, 1,387,847
AND OTHERS.

SER. NO. 737,615, FILED 6-24-1988.

LALITHA MANI, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,591,069

## United States Patent and Trademark Office

Registered July 9, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
PORATION)
3000 N.E. 30TH PLACE, SUITE 207
FORT LAUDERDALE, FL 33306

FOR: RESTAURANT SERVICES; CATERING
SERVICES; TAKE OUT FOOD SERVICES, IN CLASS
42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1967; IN COMMERCE 8-0-1967.

OWNER OF U.S. REG. NOS. 1,307,340, 1,524,986
AND OTHERS.

THE MARK IS COMPRISED OF THE TERM
"SUBWAY" IN STYLIZED FORM. THE LETTERS
"SUB" APPEAR IN THE COLOR WHITE. THE
LETTERS "WAY" APPEAR IN THE COLOR YEL-
LOW, AND COLOR IS CLAIMED AS A FEATURE
OF THE MARK.

SER. NO. 76-201,757, FILED 1-30-2001.

ELLIOTT ROBINSON, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,678,351
Registered Jan. 21, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
PORATION)
3000 N.E. 30TH PLACE
SUITE 207
FORT LAUDERDALE, FL 33306

FOR: RESTAURANT SERVICES; CATERING
SERVICES; TAKE OUT FOOD SERVICES, IN CLASS
43 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2001; IN COMMERCE 9-18-2001.

OWNER OF U.S. REG. NOS. 1,174,608 AND
1,524,986.

THE MARK CONSISTS OF THE TERM "SUB-
WAY" IN STYLIZED FORM. THE LETTERS "SUB"
APPEAR IN THE COLOR WHITE. THE LETTERS
"WAY" APPEAR IN THE COLOR YELLOW. COLOR
IS CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 78-126,826, FILED 5-7-2002.

ALLISON HOLTZ, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**Reg. No. 2,678,350**

## United States Patent and Trademark Office

Registered Jan. 21, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
PORATION)
3000 N.E. 30TH PLACE
SUITE 207
FORT LAUDERDALE, FL 33306

FOR: RESTAURANT SERVICES; CATERING
SERVICES; TAKE OUT FOOD SERVICES, IN CLASS
43 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2001; IN COMMERCE 9-18-2001.

OWNER OF U.S. REG. NOS. 1,174,608, 1,524,986
AND OTHERS.

SER. NO. 78-126,819, FILED 5-7-2002.

ALLISON HOLTZ, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Reg. No. 1,737,353
Registered Dec. 1, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES, INC. (FLORIDA CORPORATION)
3201 COMMERCIAL DRIVE, SUITE 116
FORT LAUDERDALE, FL 33309

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

OWNER OF U.S. REG. NOS. 1,174,608, 1,630,440 AND OTHERS.
THE DRAWING IS LINED FOR COLOR, BUT COLOR IS NOT A LIMITATION OF THE MARK.

SER. NO. 74-253,188, FILED 3-9-1992.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,732,170

Registered July 1, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
PORATION)

3000 N.E. 30TH PLACE, SUITE 207
FORT LAUDERDALE, FL 33306

FOR: RESTAURANT SERVICES; CATERING
SERVICES; TAKE OUT FOOD SERVICES, IN CLASS
43 (U.S. CLS. 100 AND 101).

FIRST USE 5-20-2002, 06/01/2000 ; IN COMMERCE
5-20-2002, 06/01/2000.

OWNER OF U.S. REG. NOS. 1,174,608, 2,567,334
AND OTHERS.

SER. NO. 78-138,505, FILED 6-25-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,567,334

Registered May 7, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## SUBWAY EAT FRESH

DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
    PORATION)
3000 N.E. 30TH PLACE
SUITE 207
FORT LAUDERDALE, FL 33306

   FOR: RESTAURANT SERVICES; CATERING
SERVICES; EAT-IN AND TAKE-OUT FOOD SERVI-
CES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2000; IN COMMERCE 6-1-2000.

SER. NO. 76-285,730, FILED 7-16-2001.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,293,264
Registered Sep. 18, 2007

## SERVICE MARK
## PRINCIPAL REGISTER



DOCTOR'S ASSOCIATES INC. (FLORIDA COR-
    PORATION)
SUITE 207
3000 N.E. 30TH PLACE
FORT LAUDERDALE, FL 33306

   FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

   FIRST USE 9-18-2001; IN COMMERCE 9-18-2001.

OWNER OF U.S. REG. NOS. 2,567,334, 2,732,170
AND OTHERS.


SER. NO. 77-070,517, FILED 12-22-2006.


ELIZABETH KAJUBI, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,853,341
Registered Sep. 6, 1994

### SERVICE MARK
### PRINCIPAL REGISTER

# SANDWICH ARTIST

DOCTOR'S ASSOCIATES, INC. (FLORIDA CORPORATION)
3201 COMMERCIAL DRIVE, SUITE 116
FORT LAUDERDALE, FL 33309

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 12–28–1992; IN COMMERCE 12–28–1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANDWICH", APART FROM THE MARK AS SHOWN.

SN 74–291,762, FILED 7–7–1992.

N LEETZOW, EXAMINING ATTORNEY

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,875,737
Registered Jan. 24, 1995

TRADEMARK
PRINCIPAL REGISTER

# SANDWICH ARTIST

DOCTOR'S ASSOCIATES, INC. (FLORIDA CORPORATION)
3201 COMMERCIAL BOULEVARD, SUITE 116
FT. LAUDERDALE, FL 33309

FOR: SALADS MADE WITH VARIOUS IN-GREDIENTS; NAMELY, FRUIT, GARDEN AND VEGETABLE SALADS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3–17–1994; IN COMMERCE 3–17–1994.

FOR: SPECIALLY PREPARED SANDWICH-ES MADE WITH VARIOUS INGREDIENTS; NAMELY, BREAD, HAM, PEPPERONI, BOLO-GNA, ROAST BEEF, TURKEY, PASTRAMI, SALAMI, CRAB, SHRIMP, TUNA, SAUSAGE, MEATBALLS AND CHEESE, AND SALADS MADE WITH VARIOUS INGREDIENTS; NAMELY, MACARONI, PASTA AND RICE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3–17–1994; IN COMMERCE 3–17–1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANDWICH", APART FROM THE MARK AS SHOWN.

SN 74–282,754, FILED 6–4–1992.

RICHARD A. FRIEDMAN, EXAMINING AT-TORNEY

40211 - Bloomfield 1426 - 417108





121 BLOOMFIELD AVE, BLOOMFIELD NJ        4-7-08





595 BLOOMFIELD AVE    BLOOMFIELD NJ    4-7-08






49 CLAREMONT AVE, MONTCLAIR NJ        4-7-08








49 CLAREMONT AVE
MONTCLAIR NJ

4-7-08

2.9895- Guttenberg - Pics Taken on 4/8/08







4-8-08            6901 BERGENLINE AVE, GUTTENBERG, NJ

29895-Guttenberg
pics taken on 4/8/08











4-8-08          6901 BERGENLINE AVE., GUTTENBERG, NJ