LAW OFFICE OF
# FORREST SCOTT TURKISH
**595 BROADWAY**
**BAYONNE, NEW JERSEY 07002**

**Forrest Scott Turkish**                                                      Phone:  (201) 339-8866
Member NJ, NY & CO Bars                                    Facsimile:  (201) 339-8456
                                                                                                Email:  fsturkish@aol.com

July 22, 2008

**Via Fax (732) 596-1150**                                                **6 Pages Transmitted**
Susheela Verma, Esq.
1 Woodbridge Center Drive
Woodbridge, New Jersey  07095

Re:     Doctor's Associates Inc.. vs. Jesai Desai a/k/a Jesal Patwari, et al
           Civil No.:  08-3363(WJM)
           Our File No.: 1500.151

Ms. Verma:

       Transmitted herewith please see a proposed Order I will be submitting today for the Court's approval.  As per the message I left with your receptionist at 10:50 A.M. today, please call me when you come out of your meeting, should you have any comments concerning same.  I will be out of the office after 3:00 P.M.  If I do not hear from you I will submit same before I leave, subject to your comments, pursuant to the 5 day rule.

                                                      Very truly yours,

                                                      s/ Forrest S. Turkish
                                                      Forrest S. Turkish, Esq.

FST/ja
Encl.
cc:     Tricia Lee, Esq. (w/encl., via email)
           Hon. William J. Martin, U.S.D.J. (w/out encl., via ecf)

(Forrest/VermaFederal.ltr.doc)