```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                        MINUTES OF PROCEEDINGS
```

Newark                                              Date: 7/21/08

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                        Docket No. Cv. 08-3363

TITLE OF CASE:

Doctor's Associates
v.
Desai, et al

Appearances:
Forrest Turkish, Esq., for pltf.
Sushella Verma, Esq., for defts

NATURE OF PROCEEDINGS:

Hrg on Order to Show Cause why a Temporary Restraining Order and Preliminary Injunction should not be issued.

Order to Show Cause granted but shall not become effective until 8/4/08

Time Commenced: 11:40 a.m.
Time Adjourned: 12:15 p.m.

                                        Gail A. Hansen, Deputy Clerk