SUSHEELA VERMA, ESQ. (SV-4472)  
LAW OFFICES OF SUSHEELA VERMA  
ONE WOODBRIDGE CENTER  
SUITE 810  
WOODBRIDGE, NJ 07095  
732-596-1140 FAX: 732-596-1150  
Attorney for the Defendants

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC.<br>Plaintiff,<br><br>vs.<br><br>JESAL DESAI a/k/a JESAL A. PATWARI,<br>SHAPAT, INC., SHAPAT II, LLC,<br>SHAPAT III, LLC AND PATWARI, LLC<br><br>Defendants | Civil Action No: 08-3363- (WJM-MF)<br><br>Return Date of Motion: September 15, 2008 |

**DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OF JULY 21, 2008 RULING GRANTING AN INJUNCTION TO THE PLAINTIFF**

**PLEASE TAKE NOTICE** that on September 15, 2008, or such other time as counsel may be heard, Movant Jesal Desai, a/k/a/ Jesal A. Patwari, Shapat, Inc., Shapat II, LLC, Shapat III, LLC and Patwari, LLC, by and through their undersigned counsel, shall move before the Honorable William J. Martini, United States District Court, District of New Jersey, for reconsideration of the Court's ruling dated July 21, 2008 granting a preliminary injunction to the plaintiff against the defendants.

In support of this motion, the Movant shall rely upon the attached certifications and brief.

The Movant requests oral argument.

                                          Respectfully submitted,

                                          LAW OFFICES OF SUSHEELA VERMA

Dated: August 11, 2008

                                          By: s/ Susheela Verma
                                                  Susheela Verma (SV-4472)

                                                  Law Offices of Susheela Verma
                                                  One Woodbridge Center
                                                  Suite 810
                                                  Woodbridge, NJ 07095
                                                  Tel: 732-596-1140 Fax: 732-596-1150
                                                  Attorney for the Defendants