```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
--------------------------------------
DOCTOR'S ASSOCIATES, INC.                Civil No. 08-3363WJM

          Plaintiff,

v.                                       CONSOLIDATION ORDER

JESAL DESAI a/k/a JESA A. PATWART,
SHAPAT, INC., SHAPAT II, LLC, SHAPAT
III, LLC and PATWARI, INC.,

          Defendants.
--------------------------------------
JESAL DESAI, SHAPAT, INC., SHAPAT 2,     Civil No. 08-3902PGS
LLC, SHAPAT 3, LLC, and PATWARI, LLC,

          Plaintiffs,

v.

DOCTOR'S ASSOCIATES, INC., SUBWAY
REAL ESTATE CORPORATION,

          Defendants.
--------------------------------------
```

The Court having determined that the above captioned matters are related to the same issues and facts,

It is on this 18th day of August, 2008

ORDERED that the Civil Action Number 08-3902PGS be consolidated with Civil Action Number 08-3363 WJM for all purposes.

                                                s/William J. Martini
                                                _____
                                                WILLIAM J. MARTINI, U.S.D.J.