UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DOCTOR'S ASSOCIATES INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JESAL DESAI, also known as Jesal A. Patwari, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC, PATWARI, LLC,**<br><br>**Defendants.** | 08-CV-3363 (WJM)<br><br>**ORDER** |

    Plaintiff having filed a motion for a preliminary injunction; Defendants having opposed this motion; the Court having granted Plaintiff's motion; Defendants now moving for reconsideration of the Court's order granting Plaintiff's motion; Defendants raising essentially the same arguments considered and addressed by the Court in initially adjudicating Plaintiff's motion; Defendants' arguments thus being inappropriate grounds for a motion for reconsideration; the Court finding again that Plaintiff's motion was meritorious; and good cause appearing;

    **IT IS** on this 18th day of August 2008, hereby

    **ORDERED** that Defendants' motion for reconsideration is **DENIED**.

s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**
