## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DOCTOR'S ASSOCIATES INC.,** | 08-CV-3363 (WJM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **JESAL DESAI, also known as Jesal A. Patwari, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC, PATWARI, LLC,** | |
| **Defendants.** | |

Plaintiff and Defendants having entered into four franchise agreements; these franchise agreements having granted Defendants use of Plaintiff's trademarks; Plaintiff having apparently validly terminated these agreements; Defendants thus being apparently unauthorized to use Plaintiff's trademarks; Plaintiff having submitted a claim for damages under the agreements to arbitration; the arbitrator having issued an award for Plaintiff; Defendants having secured a stay of the enforcement of this award in state court; the state court stay ordering the parties to maintain the "status quo" on the grounds that the franchise agreements were potentially unconscionable; the Court finding that in view of the state court's finding that the agreements were potentially unconscionable that its reference to the "status quo" required only a stay of the arbitration award—and did not require maintenance of agreements that the state court found potentially unconscionable following Plaintiff's termination; Plaintiff having filed a motion for a preliminary injunction enjoining Defendants from using Plaintiff's trademarks; the Court having granted Plaintiff's motion; Defendants now seeking to stay this order; Defendants arguing that this Court's order is inconsistent with the state court's order; the Court finding that its order enjoining Defendants from using Plaintiff's trademarks is not inconsistent with the state court's stay of the arbitration award; and good cause appearing;

**IT IS** on this 18th day of August 2008, hereby

**ORDERED** that Defendants' motion for a stay of this Court's preliminary injunction is **DENIED**.

s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**