## NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of New Jersey, Newark

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

| | |
|---|---|
| DOCTOR'S ASSOCIATES, INC. | CIRCUIT COURT DOCKET NO: _____ |
| Plaintiff, vs. | DISTRICT COURT CASE NO: 2:08-cv-3363 |
| JESAL DESAI a/k/a JESAL A. PATWARI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC and PATWARI, LLC | DISTRICT COURT JUDGE William J. Martini |
| Defendants. | |

Notice is hereby given that Defendants, Jesal Desai a/k/a Jesal A. Patwari, Shapat, Inc., Shapat II, INC., Shapat II, LLC, Shapat III, LLC and Patwari, LLC., appeal to the United States Court of Appeals for the Third Circuit from orders of the Court granting an injunction entered in this action on August 12, 2008, a denial of a motion for reconsideration of the order granting an injunction entered on August 18, 2008 and a denial of a motion for a stay to the order granting an injunction entered in this action on August 18, 2008.

Dated: August 18, 2008

/s/ Susheela Verma
Susheela Verma, Esq.
(Counsel for the Appellants-Signature)

One Woodbridge Center, Suite 810
Woodbridge, N.J. 07095
732-596-1140, Fax: 732-596-1150
Email address:
Susheela.verma@susheelaverma.com

Forrest S. Turkish, Esq.
595 Broadway
Bayonne, NJ 07002
Tel: 201-339-8866
Fax: 201-339-8456
email:fsturkish@aol.com
Counsel for Appellee

## CERTIFICATION OF SERVICE

I, Susheela Verma, Esq., attorney for the defendants/appellants filed the attached Notice of Appeal, electronically, at the clerk's office at the United States District Court, District of New Jersey, on August 18, 2008. A copy of the Notice of Appeal is automatically provided to Forrest S. Turkish, Esq., attorney for the plaintiff, appellee and the Honorable William J. Martini. On August 18, 2008, a copy of the Notice of Appeal was faxed to Forrest S. Turkish, Esq. at 201-339-8456. A copy of the Notice of Appeal was also sent by UPS overnight mail to Forrest S. Turkish, Esq. at 595 Broadway, Bayonne, New Jersey 07001 and to the Honorable, William J. Martini at M.L.King Jr., Federal Bldg. & Cthse., 50 Walnut St., Newark, N.J. 07101.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are false, I am subject to punishment.

Dated: August 18, 2008                    /s/ Susheela Verma
                                          Susheela Verma, Esq.
                                          Attorney for the Appellant