UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
August 21, 2008
ECO-70-E

No. **08-3506**

Doctor's Assoc Inc,
vs.
Jesal Desai, et al., Appellants
(D.N.J. Nos. 08-cv-03363 & 08-cv-3902)

PRESENT:   CHAGARES and HARDIMAN, Circuit Judges.

1. Motion by Appellants to stay injunction pending appeal or pending litigation between the parties; and

2. Response in opposition by Appellee Doctors Assoc Inc to Appellant's Motion to stay injunction pending appeal or pending litigation between the parties.

3. Reply by Appellants.

Tonya Wyche   267-299-4938
Case Manager

**O R D E R**

The foregoing emergency motion to stay the District Court injunction pending appeal or pending litigation between the parties is denied.

**By the Court,**

/s/ Michael A. Chagares
**Circuit Judge**

**Dated:**  August 25, 2008
tyw/cc:   Susheela Verman, Esq.
          Forrest S. Turkish, Esq.

A True Copy:

Marcia M. Waldron, Clerk