# 40217   8/18/08

121 BLOOMFIELD AVE - BLOOMFIELD





121 BLOOMFIELD AVE
BLOOMFIELD

#15953   8/18/08   595 BLOOMFIELD AVE - BLOOMFIELD

15953-8/18/08






595 BLOOMFIELD AVE - BLOOMFIELD





49 CLAREMONT AVE - MONTCLAIR

# 29895 - 8/18/08







6901 BERGENLINE AVE, - GUTTENBERG

**EXHIBIT B**

1