UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESAL DESAI A/K/A JESAL A. PATWARI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC AND PATWARI, LLC<br><br>Consolidated Plaintiffs<br><br>DOCTORS ASSOCIATES, INC. AND SUBWAY REAL ESTATE CORP.<br><br>Consolidated Defendants<br><br>DOCTORS ASSOCIATES INC.<br><br>Plaintiff<br><br>JESAL DESAI A/K/A JESAL A. PATWARI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC AND PATWARI, LLC<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-3363 (WJM-MF)<br><br><br><br><br><br>CONSOLIDATED PLAINTIFFS/DEFENDANTS' EMRGENT MOTION TO REFER TO BANKRUPTCY COURT |

<u>CONSOLIDATED PLAINTIFFS' EMERGENT MOTION TO REFER THE PENDING ACTION FROM UNITED STATES DISTRICT COURT, NEWARK, BEARING DOCKET NUMBER 08-3363, TO THE UNITED STATES BANKRUPTCY COURT, NEWARK</u>

PLEASE TAKE NOTICE that on a date when the consolidated plaintiffs/defendants may be heard by the court on an emergent basis, Movant Jesal Desai, a/k/a Jesal A. Patwari, Shapat, Inc., Shapat II, LLC, Shapat III, LLC and Patwari, LLC, by and through their undersigned counsel, shall move before Honorable William J. Martini, United States District Court, District of New Jersey, for referral of the litigation matters pending in the U.S. District Court, Newark, to the U.S. Bankruptcy Court, Newark.

In support of this motion, the Movant shall rely upon the attached certifications, brief and exhibits. Oral argument is requested.

October 22, 2008

By: /s Susheela Verma, Esq.
Susheela Verma, Esq. (SV-4472)
Law Offices of Susheela Verma
One Woodbridge Center Drive
Suite 810
Woodbridge, N.J. 07095
732-596-1140 Fax: 732-596-1150
Attorney for Consolidated
